

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2021

No. 04-21-00251-CV

Herbert Lawrence **POLINARD**, Jr.,
Appellant

v.

Jo Ann **KARAMBIS**, Margaret Comparin Karambis, Ronaldo Dunagan, Lynda C. Spence, and eXp Realty LLC,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-11887
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant's motion for an extension of time to file his brief is **GRANTED.** The appellant's brief is due **on or before October 22, 2021.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court

